

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00271-CV

## IN THE ESTATE OF ELIZABETH ANN FRYAR HAYES, DECEASED

**From the County Court
McLennan County, Texas
Trial Court No. 20090182 PR1**

## MEMORANDUM OPINION

Appellant, Gerald Hayes, filed a notice of appeal from an order issued by the trial court probating a will as a muniment of title. Now, Hayes has filed a motion to dismiss the appeal.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 26, 2011
[CV06]